60701. LIBERTY MUTUAL INSURANCE COMPANY et al. v. WILLIAMS.

BANKE, Judge.

Upon careful review of the record and briefs of counsel in this case, the application for discretionary appeal is dismissed as improvidently granted.

*Dismissed. McMurray, P. J., and Smith, J., concur.*

ARGUED SEPTEMBER 5, 1980 — DECIDED OCTOBER 8, 1980.

*James T. McDonald, Jr., George L. Pope, Jr.,* for appellants.
*Lavinia B. George, Alfred D. Fears,* for appellee.